FILED'06 MAY 16 12:31 USDC-ORE

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| DEBRA BARRY, ) | |
| ) | |
| Plaintiff, ) | CV 05-1118-AA |
| ) | |
| vs. ) | ORDER AWARDING FEES |
| ) | PURSUANT TO THE EQUAL ACCESS |
| JOANNE B. BARNHART, ) | TO JUSTICE ACT |
| Commissioner of Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,550.00 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The EAJA fees are payable to attorney Rory Linerud and are to be sent directly to Rory J. Linerud. Attorney fees of $6,550.00 are hereby awarded. No costs or expenses to be paid herein.

IT IS SO ORDERED.

DATED this 16 day of May, 2006

_____
Ann L. Aiken
United States District Judge

Presented by:
S/RORY J. LINERUD
LINERUD LAW FIRM, OSB # 97006
PO Box 1105
Salem, OR 97308-1105
503-587-8776
Attorney for Plaintiff
rorylinerud@hotmail.com

ORDER - FEES PURSUANT TO THE EQUAL ACCESS TO JUSTIC ACT
Page 1